# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**NEIL DUNAWAY,** *et al.***,**

    **Plaintiffs,**

    v.

**NEW BATH TODAY, INC.,** *et al.***,**

    **Defendants.**

**Case No. 2:19-cv-4760**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

The matters before the Court are Defendant New Bath Today, Incorporated's Motion for Extension of Time to File Answer and Motion to Change Venue or Dismiss. (ECF Nos. 22, 24.) On April 7, 2020, Defendant New Bath Today, Incorporated and Plaintiffs Neil Dunaway and Paul Dunaway entered a stipulated dismissal of all matters between the parties. (ECF No. 32.) As such, the motions (ECF Nos. 22, 24) are **DENIED as moot.**

    **IT IS SO ORDERED.**

| | |
|---|---|
| 4/9/2020 | s/Edmund A. Sargus, Jr. |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |